# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR SEQUOIA MORTGAGE TRUST 2007-3,<br><br>Plaintiff,<br><br>vs.<br><br>TWO TURNBERRY PLACE CONDOMINIUM ASSOCIATION, a Nevada Non-profit Corporation; NEVADA ASSOCIATION SERVICE, INC., a Nevada Corporation; RICHARD E. LOVE, Trustee of the REL Living Trust dated December 23, 2004, and any amendments thereto; DOES 1 through 10; and ROE CORPORATIONS 11 through 20,<br><br>Defendants. | 2:16-cv-02126-APG-VCF<br><br>**ORDER** |

Before the court is the Motion and [proposed] Order to Substitute Attorney in Firm with Address Change (ECF No. 14).

Accordingly,

IT IS HEREBY ORDERED that any opposition must be file on or before November 26, 2019.

DATED this 19th day of November, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE