Jeffrey S. Allison, Esq. (NV Bar #8949)
HOUSER LLP
9970 Research Drive
Irvine, CA 92618
6671 S. Las Vegas Blvd.
Building D, Ste. 210
Las Vegas, Nevada 89119
Phone: (949) 679-1111
Fax: (949) 679-1112
Email: jallison@houser-law.com

Attorneys for Plaintiff HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR SEQUOIA MORTGAGE TRUST 2007-3

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR SEQUOIA MORTGAGE TRUST 2007-3,<br><br>Plaintiff,<br><br>v.<br><br>TWO TURNBERRY PLACE CONDOMINIUM ASSOCIATION, a Nevada Non-profit Corporation; NEVADA ASSOCIATION SERVICE, INC., a Nevada Corporation; RICHARD E. LOVE, Trustee of the REL Living Trust dated December 23, 2004, and any amendments thereto; DOES 1 through 10; and ROE CORPORATIONS 11 through 20,<br><br>Defendants. | Case No.: 2:16-cv-02126-APG-VCF<br><br>HON. ANDREW P. GORDON<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT TWO TURNBERRY PLACE CONDOMINIUM ASSOCIATION** |

IT IS HEREBY STIPULATED by and between Plaintiff HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR SEQUOIA MORTGAGE TRUST 2007-3 ("Plaintiff") and Defendant TWO TURNBERRY PLACE CONDOMINIUM ASSOCIATION ("Defendant"),

through their undersigned counsel, that the remaining damages claims brought by Plaintiff against Defendant be dismissed with prejudice in the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(2), with each party to bear their fees and costs in the action.

Dated: October 19, 2020     HOUSER LLP

/s/ Jeffrey S. Allison
Jeffrey S. Allison, Esq.
Plaintiff HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR SEQUOIA MORTGAGE TRUST 2007-3

Dated: October 19, 2020     WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

/s/ David Stern
David Stern, Esq.
Defendant TWO TURNBERRY PLACE CONDOMINIUM ASSOCIATION

**ORDER**

Based on the foregoing, IT IS HEREBY ORDERED that Defendant TWO TURNBERRY PLACE CONDOMINIUM ASSOCIATION is dismissed from this action, each party to bear its respective fees and costs.

DATED: October 20, 2020

U.S. DISTRICT COURT JUDGE

-2-

# **CERTIFICATE OF SERVICE**

I hereby certify that I am over the age of eighteen (18), I am not a party to this action, and that on this date I caused to be served a true and correct copy of the following documents: **STIPULATION AND ORDER TO DISMISS DEFENDANT TWO TURNBERRY PLACE CONDOMINIUM ASSOCIATION** by:

    X  ECF

    __ U.S. Mail

    __ Facsimile transmission

    __ Overnight Mail

    __ Hand and/or Personal Delivery

and addressed to the following:
Gregory P. Kerr, Esq.
Douglas M. Cohen, Esq.
David Stern, Esq.
**Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP**
3556 E. Russell Rd., 2nd Fl.
Las Vegas, NV 89120
Tel: 702-341-5200
Fax: 702-341-5300
Email: gkerr@wrslawyers.com
        dcohen@wrslawyers.com
        dstern@wrslawyers.com

Attorneys for TWO TURNBERRY PLACE CONDOMINIUM ASSOCIATION

Dated: October 20, 2020

                                                    */s/ Jasmine Blanco*
                                                    An employee of HOUSER LLP